# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT ON ATTORNEY FEES

**CONNIE MATHER and SCOTT MATHER** *as Parents and Natural Guardians of S.M., a Minor Child*

vs.                    **CASE NUMBER: 5:04-CV-917 (FJS/GJD)**

**WILLET DAIRY, LP; WILLET DAIRY, LLC; WILLET DAIRY, INC.; DENNIS ELDRED; and SCOTT ELDRED**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendants' Motion for Summary Judgment is Granted with respect to the Clean Water Act, Resource Conservation & Recovery Act, Rivers & Harbors Act and NY Environmental Conservation Law claims as well as plaintiff's Request for a Declaratory Judgment and further dismissing without prejudice the pendent state-law claims for negligence, trespass and public and private nuisance.

That the defendants' Motion for Attorneys Fees is granted in part and denied in part, defendants' are awarded $23,799.00 in attorney fees.

All of the above pursuant to the Orders of the Honorable Judge Frederick J. Scullin, Jr., dated 7/17/2007 and 3/31/2009.

DATED: March 31, 2009

*Lawrence K. Baerman*
Clerk of Court

_____
Joanne Bleskoski
Deputy Clerk